FILED
ASHEVILLE, N.C.

AUG 1 4 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 1:17-cv-220

Becky A. Smith

Plaintiff,

vs.                                                    COMPLAINT

Mission Hospital

Defendant(s).

---

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

---

## B. PARTIES

1. Name of Plaintiff: Becky A. Smith
   Address: 7 Lake Drive C.1
   Hendersonville N.C
   28739

2. Name of first Defendant: Misson Hospital
   Address: 509 Biltmore Avenue
   Asheville, N.C
   28801

3. Name of second Defendant: _____
   Address: _____

4. Name of third Defendant: _____
   Address: _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   509 Biltmore Avenue
   Asheville, N.C
   28801

2. The discriminatory acts occurred on or about:

   June 9, 2016 _____ (Month, Day, Year)

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

September 8, 2017 _____ (Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

May 22, 2017 _____ (Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. _____ Failure to employ me.
   b. _✓_ Failure to promote me.
   c. _✓_ Termination of my employment.
   d. _____ Demotion.
   e. _✓_ Denied equal pay/work.
   f. _✓_ Sexual harassment.
   g. _✓_ General harassment.
   h. _✓_ Other acts (Be specific: Attach an additional sheet if necessary)

   I have attached a copy of my typed Statement to the EEOC.

6. Defendant's conduct is discriminatory with respect to:
   a. _____ my race
   b. _____ my color
   c. _✓_ my sex
   d. _✓_ my religion
   e. _____ my national origin
   f. _____ my age

7. I believe that the defendant is still committing these acts against me.

   YES _✓_                NO _____

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: I applied for other positions within the company that I was qualified for and I was not allowed to transfer.

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

My rate of pay was topped out at $19.50/hr that was including my base pay and weekender pay and third shift pay. My manager waited until my FMLA expired and then wrongfully terminated me.

Count 2: I was contacted by Jamie Vinkowski and informed that Gale Holm and Holly McCormack were talking about me on a private Facebook page. I contacted Mary on 4/12/16 and informed her.

Supporting Facts:

HR is denying that there was a facebook page. If there had been no facebook event, why was it mentioned in a staff meeting? Robin Strom (828)433-2549 will testify that she saw the facebook posting.

## E. INJURY

How have you been injured by the actions of the defendant(s)?

injury to character and reputation | defamation of character
injury to professional standing | have not been able to obtain full time work
emotional anguish | loss of enjoyment of life
inconvenience | pain and suffering | loss of health
injury to credit standing | financial hardship

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?  YES _____          NO  ✓

If your answer is "YES", describe each lawsuit.  (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendant(s):_____

2. Name of court and case or docket number:_____

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

4. Issues raised:

_____

_____

_____

5. When did you file the lawsuit? _____(Date: Month/Year)

6. When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

             YES  \_\_\_\_\_          NO  ✓

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I filed Charges with the EEOC and the investigation took so long and I have not been able to obtain a full time permanent position of employment.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

I am seeking monetary relief for the injury that mission Hospital has subjected me to in the amount of $ 450000.00.

## JURY TRIAL REQUESTED

YES ✓          NO _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at _Asheville NC_ on _August 14, 2017_.

(Location)                    (Date)

7 Lake Drive C1
Hendersonville N.C.
28739
(828) 230-1836

_Becky Dunn_
Signature

Charge of Discrimination
September 8, 2016
Ms. Becky A. Smith
7 Lake Drive C1
Hendersonville, NC 28739
(828) 230-1836
DOB 03-08-1968
433-2016-02764

I.    On or about April 9, 2001, I began employment with Mission Hospital as a Medical Records Clerk II/Office Clerk. On or about June 9, 2016 I was wrongfully terminated from my position as a Health Unit Coordinator.

II.    In early 2015, I was subjected to a sexually hostile work environment over a 13 week time frame involving a travel RN that whacked me across the butt and made obnoxious remarks to me. Mary Cascio, the manager of Labor and Delivery conducted an unauthorized chart audit on my medical records on 10/21/2015. I spoke with Attorney Robert Carpenter on 12/21/2015, paid his office $250.00 and he informed me to file a harassment complaint at Mission Hospital with the Human Resources representative Elizabeth Nealon and she told me that I could not do anything about Mary being in my Medical Records. I also asked to transfer out of the department several times and had started applying for positions. I emailed Karen Olson, RN, CNO, VP on December 20, 2015 voicing my concerns, Karen Olson did not meet with me. On or about February 22, 2016 I received a call from the privacy officer regarding the HIPPA violation and I filed a formal complaint with the Department of Health and Human Services. On Saturday April 16, 2016 Gale Holm, RN referred to me as being a transgender. Gale Holm, RN made comments that Dr. Cobb was praying with his patients and Dr. Santin's name looked like the word Satan. Thereafter, a coworker informed me that Gale Holm, RN and Holly McCormack, NUS, RN made comments about me on a private Labor and Delivery Facebook social media page. On or about May 24, 2016, I received an email stating that I was no longer protected under FMLA. On or about May 26, 2016, I had a meeting with the Human Resources Department and was informed that I needed to attend Employee Assistance Network (EAN) for yelling at coworkers. I asked Mary Cascio, the manager and the Human Resources Representative Stephanie Swann who the coworkers were that I was accused of yelling at, they did not name

Charge of Discrimination
September 8, 2016
Ms. Becky A. Smith
7 Lake Drive C1
Hendersonville, NC 28739
(828) 230-1836
DOB 03-08-1968
433-2016-02764
Page 2

anyone. I declined EAN and did not sign any false accusations against me. Stephanie Swann informed me that I had not been applying for other vacant positions within the company. This is not true, on or about June 9, 2016, I was wrongfully terminated from my position at Mission Hospital. I have copies of documents, receipts, phone records, text messages, emails, faxes, supporting everything that can back up the evidence to prove and support this case. EEOC has original documents that I faxed on 07/29/2016.

III. I believe I was discriminated against because of my sex, female, my religion, and other in violation of Title VII of the Civil Rights Act of 1964, as amended, I also believe my medical record was audited because of my disability in Violation of the Title I of the Americans with Disabilities Act of 1990, as amended. I was wrongfully terminated from my position as a Health Unit Coordinator on June 9, 2016.

Date: September 8, 2016

Charging Party Signature: _Becky a. Smith_